IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

JUL - 8 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | CASE NO. **5 : 26 CR 00321** |
| v. | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1), (b)(1)(B), |
| AARON BLANKS, | ) | (b)(1)(C), 843(b), and 846; Title |
| BRIAN HASTINGS, | ) | 18, United States Code, Section |
| NOHARA TOBIAS, and | ) | 2. |
| DARNELL BLANKS, | ) | |
| | ) | |
| Defendants. | ) | **JUDGE OLIVER** |

<u>COUNT 1</u>

(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846)

The Grand Jury charges:

1.      Beginning at least as early as on or about May 5, 2023, and continuing through on or about April 5, 2024, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants AARON BLANKS, BRIAN HASTINGS, NOHARA TOBIAS, DARNELL BLANKS, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others known and unknown to the Grand Jury to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B).

## MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that:

A. AARON BLANKS obtained kilogram quantities of cocaine from multiple suppliers for distribution throughout the Northern District of Ohio, Eastern Division, and elsewhere.

B. AARON BLANKS supplied quantities of cocaine to HASTINGS, TOBIAS, and others known and unknown to the Grand Jury, who further distributed the cocaine to customers in the Northern District of Ohio, Eastern Division, and elsewhere.

C. AARON BLANKS stored cocaine at Apartment #403 located at XXX Locust Street in Akron, Ohio, which DARNELL BLANKS safeguarded.

D. AARON BLANKS directed A.B. and A.S., persons known to the Grand Jury, to deliver cocaine to BRIAN HASTINGS and other drug dealers on AARON BLANKS' behalf.

E. AARON BLANKS and DARNELL BLANKS possessed firearms to facilitate and protect their drug trafficking activities.

F. Defendants used telephones to coordinate drug transactions through phone calls and text message conversations.

G. Defendants often used cellular telephones that had been obtained in the names of other persons or in fictitious names in order to reduce the risk of being detected by law enforcement, and to conceal the identity of the person using the device

H. Defendants, when using cellular telephones or text messaging to conduct drug trafficking activity, used slang terms, street terminology, and code words and phrases for controlled substances to obscure and disguise the true nature of their activities and the true meaning of their conversations.

2

ACTS IN FURTHERANCE OF THE CONSPIRACY

3.　　In furtherance thereof, and to effect and conceal the existence of the conspiracy, the Defendants and others performed acts in the Northern District of Ohio, and elsewhere, including but not limited to the following:

4.　　On or about May 5, 2023, in the Northern District of Ohio, NOHARA TOBIAS, aided by AARON BLANKS, distributed approximately one ounce of cocaine to a Confidential Source in Akron, Ohio.

5.　　On or about June 28, 2023, in the Northern District of Ohio, NOHARA TOBIAS, aided by AARON BLANKS, distributed approximately one ounce of cocaine to a Confidential Source at the Burger King restaurant on Vernon Odom Blvd. in Akron, Ohio.

6.　　On or about October 5, 2023, in the Northern District of Ohio, AARON BLANKS distributed approximately one ounce of cocaine to Confidential Source at the Subway Restaurant on Vernon Odom Blvd. in Akron, Ohio.

7.　　On or about November 28, 2023, in the Northern District of Ohio, AARON BLANKS possessed one gram of cocaine during a traffic stop on Interstate 77 in Akron, Ohio.

8.　　On or about February 13, 2024, at approximately 8:39p.m., AARON BLANKS had a telephone conversation with NOHARA TOBIAS. BLANKS stated, "I gotta find me somebody else man this n---a don't want to work. I gave him a chance to make a couple easy ass dollars. Motherf--ker don't even wanna do that, when I got back up there 'cause I- I- I be in Canton now so so I'll be trying to leave my shit." TOBIAS stated, "come down here." BLANKS responded, I be trying to leave my s--t with my cousin and let my cousin come up a little bit . . . . he just a lazy ass n---a, dawg. That's why his bitch run him around 'cause he lazy. . . . I gotta find me somebody different, bro." BLANKS continued, "I'mma come get my s--t back from that s--t. I can get with you

3

tomorrow if you could hold off if not then shit, do what you gotta do baby. Just let me know, I'll be up that way tomorrow." TOBIAS stated, "I'll give you another shot. I can come down there it don't matter to me."  BLANKS stated, "And then try to give me a heads up though like when you 'bout ready so that way I know to be there. Matter of fact I could've left it with my uncle (DARNELL BLANKS) if I would've knew and you'd let me know."

9.      On or about February 13, 2024, at approximately 8:46 p.m., AARON BLANKS had a telephone conversation with NOHARA TOBIAS. BLANKS stated, "Where you at?" TOBIAS stated, "Over there uh, by Acme . . . by East Avenue." BLANKS responded, "You got to go over there to the North side, you remember that street on Oxford . . . I'm going to, I'm going text, you, you remember? Or you gonna need me to text you the address?" TOBIAS replied, "I remember the house." BLANKS responded, "yeah but don't pull in the driveway, just pull in the street, he gonna come out there.  I'm gonna text you the address anyway. Hey, make sure you have twenty five ($125) with it though, you know what I'm saying?" . . . I gotta have some room for him." TOBIAS replied, "I know, I just . . . . I got, I got one ten ($110), I just aint got my cards yet." BLANKS stated, "I, I get it 'bro, but I mean, well borrow ten dollar, fifteen dollar, 'bro you can't borrow fifteen dollar out there?" TOBIAS responded, "You know we couldn't do it with these lying ass mother f--kers, I don't even f--k with them no more, they ain't, they ain't seeing me no more. . . . let me see what I can, let me see if I can get ten more dollar." Later, BLANKS had another telephone conversation with TOBIAS, where BLANKS stated, "Hey, he said go to the gas station right there. . . . How long you gonna be though?" TOBIAS replied, "Uh, should be in five minutes or less." BLANKS responded, "Aight, Aight, (background: "He said in five minutes")."

10.      On or about February 19, 2024, at approximately 7:01 p.m., BLANKS had a telephone conversation with A.S., a person known to the Grand Jury. During the conversation, A.S.

4

stated, "Oh, I find some shit in your suitcase babe." BLANKS replied, "Oh well y-y-you looking too hard." SANDERS responded, "Noo, no, I was organizing the closet and then they were just, you know that suitcase that is yours, but you said it was too big to take to Miami? Good thing you didn't take it cause there was some a little bag in the... a little goodie bags (drugs) in there." BLANKS responded, "I know what's in there, leave that shit alone!" A.S. replied, "Oh, leave it in there?" BLANKS stated, "Yeah, I'll get it when I get there." A.S. replied, "Oh, I put it on your table." A.S. continued and stated, "Well, put it in your safe or something . . . . Want me to tell Nana (A.B.) put it in the safe so the kids don't touch it?" BLANKS responded, "I'll do it."

11. On or about February 20, 2024, between approximately 5:46 p.m. and 8:16 p.m., AARON BLANKS had series of telephone conversations with NOHARA TOBIAS. During the first conversation, TOBIAS stated he had "two dollars ($200) on all types of shit." BLANKS stated, "Let me hit you right back." During the second call, TOBIAS told BLANKS, "I'm ready." BLANKS responded, "Yeah, let me call ma, ma, my cousin man, 'cause I'm down here in Canton, I, I hit you in a second." During the third call, BLANKS told TOBIAS, "I'ma 'bout to come up... there myself man, give me thirty minutes, I'll, I'ma meet you down there on, on Locust, on, in the building, I'm leaving now. . . . I'll call you when I get there, then, you can meet me there, or you want me to come to you? Just meet me." During the fourth call, BLANKS asked TOBIAS, "Yeah, where you, where you at now?" TOBIAS responded, "I'm in a city called Marion, some city off Talmadge, Uhm, I can get to moving around though." BLANKS replied, "A'ight, just come to the building on Locust, call me when you down there, I'll come on down." During the fifth call, BLANKS told TOBIAS, "A'igh, I'ma just text you the address so you can GPS it." BLANKS sent two text messages to TOBIAS, stating "XXX Locust" and "in the back." During the six and final call, TOBIAS told BLANKS, "I'm, I'm where you told me to go, just there ain't nowhere to park." BLANKS

5

responded, "Just come to the, right, right there where the door at, I'ma, I'ma just come down there, I, I just hop in."

12. On or about February 20, 2024, at approximately 7:53 p.m., AARON BLANKS arrived at XXX Locust Street, Akron, Ohio. DARNELL BLANKS exited Apartment #403 and let AARON BLANKS into the apartment. Both AARON BLANKS and DARNELL BLANKS entered Apartment #403 before NOHARA TOBIAS arrived.

13. On or about February 20, 2024, at approximately 8:18 p.m., in the Northern District of Ohio, NOHARA TOBIAS met with AARON BLANKS in the rear parking lot of XXX Locust Street in Akron, Ohio for the purpose of obtaining cocaine.

14. On or about February 21, 2024, at approximately 4:46 p.m., AARON BLANKS sent a text message to BRIAN HASTINGS, asking, "How you looking bro." HASTINGS immediately responded with a text message that stated, "Three slow days I'll probably be looking better here about six." BLANKS immediately replied in a text message, "Ok imma hang around."

15. On or about February 21, 2024, at approximately 4:56 p.m., BRIAN HASTINGS initiated a telephone conversation with AARON BLANKS. During the conversation, BLANKS stated, "it's nice out here bro; time to do some shit." HASTINGS told BLANKS, "it's been f--king slow going over here." BLANKS replied, ". . . .it be like that baby, can't jump every day." HASTINGS responded, "I don't like it when it's like that right at the end of the months, that's when I usually get my child support money together." BLANKS stated, "ok ok . . . . it will probably jump up as soon as you know it." HASTINGS responded, "yeah its good, today is usually the day it starts anyway. . . . but I'll uh, once the concrete guys get here and see what they want, I'll give you a call."

16.     On or about February 21, 2024, at approximately 5:05 p.m., AARON BLANKS arrived at XXX Locust Street, Akron, Ohio, and was let into the building by DARNELL BLANKS. AARON and DARNELL BLANKS subsequently entered Apartment #403 together. At approximately 5:19 p.m. AARON BLANKS then had a telephone conversation with A.S. During the conversation, A.S. asked BLANKS what he was doing. BLANKS replied "Nothing, I just got to Darnell's (XXX Locust St, Akron, Ohio, Apt #403), I'm waiting on the white boy (HASTINGS) he said he's got a couple people coming through, I'm waitin on him so I can get what I got to get."

17.     On or about February 21, 2024, at approximately 6:06 p.m., AARON BLANKS had a follow up telephone conversation with BRIAN HASTINGS. During the conversation, HASTINGS stated, "I got eight fifty here ($850)," and asked BLANKS, "you wanna swing by? Because I mean, I only got like, f--king, I got two, two Gs (two grams of cocaine) left." BLANKS responded, "okay." HASTINGS reiterated, "it's been, it's been slow, I've just been, I've just been sitting here doing it (using the drugs himself)." HASTINGS further stated, "and I'll just give it to you, I'll give it to you at the next one." BLANKS responded, "okay, alright." At approximately 6:07 p.m., HASTINGS immediately initiated another telephone conversation with BLANKS and stated, "I was saying that, that even if I don't even do nothing else the rest of the night, I'm still gonna have people that come in the morning. You know, like my steady Eddys. BLANKS stated, "Yeah, I know what you're sayin', yeah, I ain't tripping baby! Yeah, I ain't tripping."

18.     On or about February 21, 2024, at approximately 6:24 p.m., BRIAN HASTINGS initiated another telephone conversation with AARON BLANKS and asked, "hey, do you want to meet me over there at Johnny's?" BLANKS responded, "Okay, that's cool. I'm 'bout to leave now." At approximately 6:30 p.m., BLANKS exited XXX Locust Street, Akron Ohio, and traveled southbound on Manchester Road in Akron, Ohio. At approximately 6:46 p.m., BLANKS initiated

7

another telephone conversation with HASTINGS and stated, "Yeah, I'm out here, where you at?" HASTINGS responded, "I'm coming out."

19.     On or about February 23, 2024, at approximately 7:07 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, HASTINGS stated, "Just wondering if you was out and about." BLANKS responded "yep, yep, yep." HASTINGS replied, "Right on. How long you… thinking about?  Hours?  About an hour?" BLANKS responded, "yeah about 45." HASTINGS stated, "That'll work. That'll work perfect." At approximately 8:17 p.m., BLANKS had another telephone conversation with HASTINGS and stated, "I'm on my way right now, bro." At approximately 8:52 p.m., BLANKS had another telephone conversation with HASTINGS, where BLANKS stated, "Yeah, bout to turn right on Robinson now. . . . off of Manchester, yep." HASTINGS responded, "Alright, I'll be out there."

20.     On or about February 26, 2024, at approximately 3:21 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, BLANKS stated, "Whats up B (BRIAN)?" HASTINGS replied, "Can you get me on the schedule for seven?" BLANKS replied, "Yep, that work." HASTINGS responded, "I'll be ready." BLANKS responded, "okay, that'll work, I'll be there." HASTINGS stated, "A'right, yeah 'cause I got a guy coming over by 6:15, 6:30 then I, I'll be ready." At approximately 6:35 p.m., BLANKS had a follow up telephone conversation with BRIAN HASTINGS. During the conversation, BLANKS stated he was "en route," HASTINGS replied that he's going to head to "Johnny's" (referring to Johnny J's located at XXXX Manchester Road, Akron, Ohio). HASTINGS told BLANKS he was "leaving now." BLANKS replied, "I'll meet you there."

21.     On or about February 26, 2024, at approximately 6:36 p.m., AARON BLANKS had a telephone conversation with DARNELL BLANKS. During the conversation, AARON BLANKS

stated, "I'm heading up that way (XXX Locust St, Apt #403, Akron, Ohio) I'll be there in about 30 minutes." DARNELL BLANKS replied, "Ok." Shortly thereafter, AARON BLANKS arrived at XXX Locust St, Akron, Ohio, and was let into Apartment #403 by DARNELL BLANKS. AARON BLANKS subsequently left the apartment within minutes.

22. On or about February 26, 2024, at approximately 7:02 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, BLANKS stated, "Yeah, I'm pulling in 'bro." HASTINGS replied, "Right on. I'm right here."

23. On or about February 26, 2024, in the Northern District of Ohio, BRIAN HASTINGS met with AARON BLANKS in a parking lot on Manchester Road in Akron, Ohio, for the purpose of obtaining cocaine. HASTINGS subsequently left the area and traveled directly to his residence on Frank Avenue in Barberton, Ohio.

24. On or about February 26, 2024, at approximately 7:24 p.m., AARON BLANKS arrived again at XXX Locust St, Akron, Ohio. At approximately 7:24 p.m., AARON BLANKS then initiated a telephone conversation with DARNELL BLANKS. During the conversation, DARNELL BLANKS asked, "here?" AARON BLANKS stated, "yeah." At approximately 7:28 p.m., DARNELL BLANKS exited the building and let AARON BLANKS into Apartment #403.

25. On or about February 28, 2024, at approximately 7:25 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, BLANKS stated, "What's up B (BRIAN)?" HASTINGS replied, "You gonna be 'round the way here about 9?" BLANKS replied, "I can be." HASTINGS responded, "Yeah, I'll be ready." BLANKS responded, "okay." HASTINGS stated, "I got somebody come over at 8, I'll be ready." At approximately 8:28 p.m., BLANKS had another follow up telephone conversation with HASTINGS. During the conversation, BLANKS stated, "I'm in motion." HASTINGS replied, "Right on." At approximately

9

9:02 p.m., BLANKS had another follow up telephone conversation with HASTINGS. During the conversation, HASTINGS asked, "what's your status? BLANKS stated, "Pulling in."

26. On or about March 1, 2024, at approximately 6:07 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, BLANKS stated, "Wassup up baby boy . . . . on my way up that way" HASTINGS replied, "You right on good, I'm ready for you." BLANKS replied, Okay, I'mma stop on you first then." HASTINGS responded, "Right on, I'll see you." At approximately 6:26 p.m., BLANKS had another follow up telephone conversation with HASTINGS. During the conversation, BLANKS stated, "Coming in hot, bro." HASTINGS replied, "Copy that."

27. On or about March 3, 2024, at approximately 7:23 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, BLANKS stated, "I'll be outta here soon. . . Uh, catch, catch you on my way down?" HASTINGS replied, "Yeah, yeah catch me on your way back, I'm ready." BLANKS responded, "Okay." at approximately 10:13 p.m., BLANKS had another telephone conversation with HASTINGS. During the conversation, BLANKS stated, "can I swing by or what?" HASTINGS stated, "Yeah, you can swing by." BLANKS responded, "Alright I'll be there in 10 minutes." At approximately 10:29 p.m., BLANKS had another telephone conversation with HASTINGS. During the conversation, BLANKS stated, "I'm here."

28. On or about March 4, 2024, at approximately 7:31p.m., while AARON BLANKS was located at XXX Locust Street, Akron, Ohio, with DARNELL BLANKS, AARON BLANKS had a telephone conversation with A.G., a person known to the grand jury. During the conversation, AARON BLANKS told A.G. that he was "getting it together" (preparing an undetermined amount of cocaine) and asked A.G. if she was at her residence, which A.G. affirmed. At approximately 8:43

10

p.m., AARON BLANKS had a follow up conversation with A.G. During the conversation BLANKS stated, "Yeah, I'm 'bout to pull up in like three minutes." A.G. replied, "Okay". BLANKS responded, "Hey, hey look! I, I only got one (one ounce of cocaine) of 'em so just give me four a number ($400.00), then uh so then during the week I give you . . .yep". A.G. replied, "I got you!" At approximately 8:47 p.m., AARON BLANKS appeared outside A.G.'s residence on Claudia Avenue, Akron, Ohio, and A.G. exited the residence and met briefly with AARON BLANKS while AARON BLANKS remained in his vehicle.

29. On or about March 5, 2024, at approximately 8:30 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, HASTINGS stated, "Yeah, I'll make it through tonight, I'm only sitting on about six (grams) and I don't think I'm gonna see much more action." BLANKS replied, "Oh, but that's cool, yeah. Cause I, I just went and came on in, I figure that man, yeah." HASTINGS responded, "Tomorrow though I think I'm prolly be getting ahold of you early tomorrow because uh, you know, I, it's been kinda slow and, and I'm, I'm pretty sure I'll have it wrapped up by like . . . F--king two o'clock because the concrete people get off at like at four." BLANKS responded, "Yeah, okay."

30. On or about March 6, 2024, at approximately 12:33 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation HASTINGS stated, "I knew it was gonna happen like this. . . . Yeah, f--king first thing this morning motherf--king coming over here and shit." BLANKS responded, "Okay, I'mma get to it then." HASTINGS stated, "I'm gonna, I got somebody comin' here. . . . So, you want me to come down that way, meet you halfway or something? . . . I need to have that cat litter (cocaine)." BLANKS replied, "Oh, so you want me leave, uh you need to leave, what time you need to leave by?" HASTINGS responded, "leave by one, like one thirty." BLANKS stated, "Okay, alright let me get to it." At approximately 1:14 p.m.,

11

AARON BLANKS had another telephone conversation with BRIAN HASTINGS. During the conversation, HASTINGS asked BLANKS, "How we looking baby." BLANKS replied, "Yeah, I'm, I'm be there by then." HASTINGS responded, "F--king sweet. I had another, another, I'm gonn have to leave shit out here for three different people . . . BLANKS responded, "setting traps." HASTINGS continued, "Right. Yeah, I'm, I'm getting f--king killed man, there people, I keep getting low-balled to death. F--king can't make, I can't f--king make no f--king money. You there?" Approximately fifteen minutes later, BLANKS had another telephone conversation with HASTINGS, and stated, "Coming in hot." HASTINGS acknowledged.

31. On or about March 6, 2024, at approximately 1:31 p.m., in the Northern District of Ohio, AARON BLANKS traveled to a residence on Frank Avenue in Barberton, Ohio for the purpose of distributing cocaine to BRIAN HASTINGS. BLANKS departed approximately one minute after meeting with HASTINGS at HASTINGS' residence.

32. On or about March 7, 2024, at approximately 8:08 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation BLANKS asked, "Are they jumping (drugs selling)?" HASTINGS replied, "Yeah, ready to see ya." BLANKS responded, "Okay, I'm on the way."

33. On or about March 7, 2024, at approximately 8:15 p.m., AARON BLANKS had a telephone conversation with A.B. During the conversation, A.B. stated, "Get her her dope." AARON BLANKS replied, "huh?" A.B. responded, "I said get her her dope." AARON BLANKS stated, "yeah, yeah I'mma get her some, yeah."

34. On March 7, 2024, at approximately 8:39 p.m., AARON BLANKS had a telephone conversation with DARNELL BLANKS. During the conversation, AARON BLANKS told DARNELL BLANKS that he was "stopping by to grab some (obtain cocaine)." Shortly thereafter,

12

AARON BLANKS arrived at XXX Locust Street, Akron, Ohio. DARNELL BLANKS exited Apartment #403 and both AARON BLANKS and DARNELL BLANKS entered Apartment #403 together.

35. On or about March 7, 2024, at approximately 9:05 p.m., AARON BLANKS had a telephone conversation with A.S. During the conversation, A.S. asked, "Where you at?" BLANKS replied, "The white boy (HASTINGS)?" A.S. responded, "Oh really? . . . he call you when we left?" BLANKS stated, "Yeah."

36. On or about March 7, 2024, at approximately 9:12 p.m., BRIAN HASTINGS sent AARON BLANKS a text message that stated, "How we lookin?" At approximately 9:18 p.m., BLANKS thereafter had a telephone conversation with HASTINGS, and stated, "Yep I'll be there in 10 I'm leavin my uncle's now... I had to come here." HASTINGS replied, "Oh, right on."

37. On or about March 7, 2024, at approximately 9:22 p.m., AARON BLANKS exited Apartment #403 at XXX Locust Street, Akron, Ohio and arrived at a residence on Frank Avenue in Barberton, Ohio at approximately 9:39 p.m. BLANKS departed the residence at approximately 9:40 p.m.

38. On or about March 7, 2024, at approximately 10:51 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, HASTING stated, "I got a, I got a better guy that's (intelligible) than him. . .Yeah, he's a . . .and you probably get off a little bit, a little bit of money, you probably get off on the cheaper end by paying him a different way (with drugs), you know what I'm saying?" BLANKS said, "Ok, on our style. Ok." HASTINGS responded, "Right." BLANKS responded, "Let me, let me, let me tell him wassup then . . .Or and, you give me the , and I give it to her and let them talk it out." HASTINGS replied, "Yeah."

39.     On or about March 9, 2024, at approximately 7:32 p.m., AARON BLANKS and BRIAN HASTINGS had a telephone conversation. During the conversation, HASTINGS told BLANKS that he already left some cocaine out for customers at his residence, and stated, "…All my traps are already sprung". BLANKS responded, "Oh, you crazy…you crazy" HASTINGS replied, "I told, I told . . . Chad, when me, when you, me, and Chad were in the car, this one dude called, a buddy of mine, I just, I go yeah it's like a f--king easter egg hunt out back." BLANKS stated, "Oh my god, you crazy. So all through the yard, just go back there, go look under this and that, aw man you crazy?" BLANKS continued, "And you told them to leave the bread (money)?" HASTINGS responded, "Right, oh yeah." BLANKS replied, "That is crazy, you a bad mother f--ker boy." BLANKS continued, "Yep, I'll probably catch you sometime tomorrow then."

40.     On or about March 10, 2024, between approximately 7:01 p.m. and 8:42 p.m., AARON BLANKS had a series of telephone conversations with BRIAN HASTINGS. During the first conversation, HASTING stated, "I was calling to see if you was up here or down there?" BLANKS replied, "Yeah, I'm down here but I can come on." HASTINGS responded, "Okay I'ma, I just got back to the house here and checked the traps" Later, HASTINGS stated, "I'ma, I gotta put, put one thing together here and then I'd be ready for you so leave 'bout, 'bout an hour. Okay?" BLANKS responded, "Okay, a'right, give me a heads up, so, so 'bout thirty minute, that way I can just take off when you tell me." HASTINGS replied, "Okay, that will work." Approximately fifty minutes later, AARON BLANKS had another telephone conversation with BRIAN HASTINGS, where HASTINGS asked, "What's your status?" BLANKS replied, "I'm, I'm waiting on you. All ready to go." HASTINGS stated, "Go, I'm ready!." Shortly thereafter, AARON BLANKS had another telephone conversation with BRIAN HASTINGS, where HASTINGS asked, "What's your status?" BLANKS replied, "Yeah, I'm 'bout to turn on Robinson now." Within eight minutes,

14

AARON BLANKS had another telephone conversation with BRIAN HASTINGS, where BLANKS stated, "I'm pulling in."

41.     On or about March 12, 2024, at approximately 6:35 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, HASTING stated, "Um, unless something super pimpin' happens tonight, I'll need to see you tomorrow about four o'clock." BLANKS replied, "Okay, okay, I got you... I thought you needed me today cause I came to pick my cousin up from the airport, and I started to bring some shit (drugs) with me, but I was kinda runnin late so I knew I was gonna be speedin I was like... I ain't...." HASTINGS responded, "Right, f--k that. Nah I won't be ready till tomorrow." BLANKS replied, "Okay that's great."

42.     On or about March 13, 2024, between approximately 2:26 p.m. and 3:44 p.m., AARON BLANKS had a series of telephone conversations with BRIAN HASTINGS. During the first conversation, HASTING stated, "where you at?" BLANKS replied, "Shh... I'm down the way." HASTINGS responded, "Down the, down the way.  Like down your way, way? . . . How soon can you get up here?" BLANKS replied, ". . . . . I can prolly be there (unintelligible) an hour.  Three-thirty." HASTINGS replied, "Three-thirty, okay, that's perfect." Approximately thirty minutes later, AARON BLANKS had another telephone conversation with BRIAN HASTINGS, where HASTINGS asked, "I want to check and see what our status is." BLANKS replied, "Yeap, yeap, I'm, I'm taking off." HASTINGS stated, "Oh, you taking off? Okay cool. Right on brother." Shortly thereafter, AARON BLANKS had another telephone conversation with BRIAN HASTINGS, where BLANKS stated, "I'm pulling in."

43.     On or about March 14, 2024, between approximately 3:36 p.m. and 6:39 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the first conversation, HASTING stated, "I probably need to see you today." BLANKS replied, "Okay, I'm

on my way up there now." HASTINGS responded, "I'm pretty sure I'm sitting at nine (grams of cocaine) right now, I got two people owe me money so. . . Yeah, probably 'bout six O'Clock I'm thinking." BLANKS replied, Okay, I be around." Shortly thereafter, BLANKS had another telephone conversation with BRIAN HASTINGS. During the conversation, HASTING asked, "How uh… how far out are you?" BLANKS responded, "I'm at the plaza. I'm at the plaza right here, uh… by Diane's house." HASTINGS asked, "Right on, uh… so you head my way?" BLANKS replied, "Yeah I could." HASTINGS stated, "Okay, might as well go ahead and do that cause I'm, I'm at Burger King here on Manchester Road there by Johnny's and I'm headin home." BLANKS asked, Oh, oh… but you, you got it with you?" HASTINGS replied, "Well part of it, no. The rest is at home." BLANKS responded, "Oh okay, okay. I'll meet you there then. Okay." Approximately twenty-five minutes later, AARON BLANKS had another telephone conversation with BRIAN HASTINGS. During the conversation, BLANKS stated, "Coming in hot."

44.    On or about March 14, 2024, at approximately 9:10 p.m., AARON BLANKS had a telephone conversation with T.I., a person known to the grand jury. During the conversation, BLANKS stated, "Tell your peoples . . . . . I got put up Peyton Manning ($18,000 per kilogram of cocaine), n--ga. Tell him I can get some Peyton Manning from him. . . . Not that Barry Sanders ($20,000 per kilogram of cocaine), shit. . . . . Yeah, I mean that that's that's his shit I mean, a a nigaa ain't tripping I'm just letting him know if he ain't under Peyton Manning to holler at me. T.I. replied, "I don't, you know what I'm saying, I don't (unintelligible) what we talk about you know what I'm saying so I'm just looking at shit like shit I'm trying to make make me a move from somebody." Later in the conversation, BLANKS lamented, "I been hearing motherf--ker letting zips (ounces) go for some real low numbers. I'm like I don't give a f--k what I get it for I ain't going that low bro. . . . . I heard him say five-fifty for a zip ($550 per ounce)." T.I. responded, "Man, that's

16

what I'm trynna tell you bro. That's why I say this shit so crazy out this motherf--ker dawg." Later in the conversation, BLANKS stated, "Man 'cause man do the math, man, that shit that shit almost like what you saying what what buddies what talking about." T.I. responded, "That's what it be motherf--kers be doing that shit. You know you know nine-times outta ten they can't buy a whole (kilogram) so they break it down to that. And that that's what they move for anyways so they break it down like that so they can get it. And then it takes long." BLANKS responded, "Yeah, yup yup it gonna take long. But shit ain't nothing wrong with a slow stroke, is it? . . . . Ain't nothing wrong with a slow stroke. I'll take them quick flips here and there but, on the side, I want me a slow stroke (meaning small quantities of cocaine)." T.I. then stated, "I got me a little one for you though." BLANKS responded, "Yeah you goddamn right, you can get a hundred eight balls (1/8 of an ounce), bitch. One at a time. . . . Yup that's that's exactly what I'll do I'll go meet you all the goddamn time. Mm mmm mm That's all about all I can scale eight balls. I'll take that."

45. On or about March 16, 2024, at approximately 2:42 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, BLANKS asked, "you been callin?" HASTINGS replied, "That's... yeah." BLANKS responded, "Okay lemme get on to it, man." HASTINGS stated, "Yeah we're on empty (out of drugs)." BLANKS stated, "Okay." At approximately 4:15 p.m., BLANKS had another telephone conversation with BRIAN HASTINGS. During the conversation, BLANKS stated, "Yeah I'm out here." HASTINGS responded, "You're here?" BLANKS stated, "Yep, I see you." HASTINGS replied, "Right on."

46. On or about March 18, 2024, between approximately 5:59 p.m. and 6:25 p.m., AARON BLANKS had a series of telephone conversations with BRIAN HASTINGS. During the first conversation, HASTINGS asked, "Are, are you up here?" BLANKS replied, "Yep, yep I was hit you before leave, yep." HASTINGS stated, "Okay, uh.. you wanna meet me up there, up the road

17

there, at my spot?" BLANKS responded, "Yep." HASTINGS stated, "Okay. I'm gonna take off right now. I'll see you there." Approximately eighteen minutes later, BLANKS had another telephone conversation with HASTINGS. During the conversation, HASTINGS stated, "Theres a f--king deputy sheriff sitting right in the middle of this parking lot like facing the bar." BLANKS replied, "Ohhhh." HASTINGS responded, "Yeah, where you at." BLANKS stated, "Im uhh I'm on the highway I'm uh... about to get on 76 west and get off on State Street so it's going to take me a few minutes." HASTINGS responded, "Ok I'm, I'm not at home you know that right?" BLANKS stated, "Yeah I know yous at the bar, yeah." HASTINGS responded, "Yeah yeah, alright why don't you just call me when, when your close and I'll just meet, I'll meet you over there at uh, at the Ace Hardware." Approximately six minutes later, BLANKS had another telephone conversation with HASTINGS. During the conversation, BLANKS asked, "Is they (police) still out there?" HASTINGS replied, "Yep . . . . Oh no they're not. They left. . . . He left, you want to just come here?" BLANKS responded, "Yeah I'm just going to come there."

47.     On or about March 21, 2024, at approximately 8:01 p.m., AARON BLANKS had a telephone conversation with A.B. During the conversation, AARON BLANKS stated, "This is that bullet (blender that was purchased on March 19, 2024, by A.B.) that I don't like." A.B. responded, "Oh no, let me take it back." AARON BLANKS stated, "I'm going to try it though, I remember having something like this and I didn't like it." A.B. responded, "I could always take it back." During the call, A.S., who is with A.B., asked, "What is wrong with it, that it's not strong enough?" AARON BLANKS responded, "Its so far, its so . . . I don't know, I'm going to see." A.S. asked, "Its too long?" AARON BLANKS stated, "Yeah that's what I think." A.S. responded, "Yeah that's what I was telling her, the coffee grinder, the coffee grinder is short." A.B. stated, "yeah but the coffee grinders, the cheapest one was like $30 and this was only like $12." BLANKS stated, "Alright."

18

Approximately 25 minutes later, AARON BLANKS had another telephone conversation with A.B. During the conversation, AARON BLANKS asked, "where the gloves?" A.B. responded, "Um, it's in that drawer right by the fridge. It's in that, it doesn't look like it should be gloves but it's in there. It's like in that little paper thingy."

48.     On or about March 22, 2024, at approximately 4:51 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, BLANKS stated, "On my way up that way." HASTINGS stated, "I'm on my way there, then I'm going to be headed home." BLANKS asked, Ok, Uh, You got it with you?" HASTINGS replied, "Ah no I got the other half's at home." BLANKS stated, "that's cool, that will give me time to get there then." HASTINGS said "Yeah, yeah you're good." BLANKS replied, "Ok, Ok." Approximately nineteen minutes later, BLANKS had another telephone conversation with HASTINGS. During the conversation, HASTINGS said, "I'm up here at Giant Eagle . . . . then I'll be home." BLANKS responded, "Ok, you good ok because I still got to go by Unc (DARNELL BLANKS). I'm by like Arlington . . . . and then I'll come to you." HASTINGS responded, "That'll work."

49.     On March 22, 2024, at approximately 5:28 p.m., AARON BLANKS arrived at XXX Locust Street, Akron, Ohio, and called DARNELL BLANKS to let him into Apartment #403. After entering the apartment with DARNELL BLANKS, at approximately 5:48 p.m., AARON BLANKS had telephone conversation with BRIAN HASTINGS. During the conversation, HASTINGS asked, "What's your status." AARON BLANKS stated, "I'm leaving Unc's and coming to you." AARON BLANKS subsequently left Apartment #403. At approximately 6:11 p.m., AARON BLANKS had another telephone conversation with HASTINGS. During the conversation, BLANKS stated, "I'm about, I'm about to turn on what's the name, Snyder? I'm right here."

19

50.     On or about March 27, 2024, at approximately 2:09 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, HASTINGS asked, "Uh..., where you at? You up here already, or no?" BLANKS replied, "Nah." HASTINGS responded, "Ok, ummm, I'll be ready at...I'll be back home here at three o'clock." BLANKS stated, "Ok...I'mma get, get, get goin." Approximately one minute later, BLANKS had a follow up telephone conversation with HASTINGS. During the conversation, HASTINGS asked, "Hey...is there...is there any of the old (older cocaine supply)?" BLANKS replied, "Uh...yeah!" HASTINGS responded, "Can I get that?" BLANKS stated, "Okay." HASTINGS responded, "We'll switch it up a little bit." BLANKS replied, "Okay."

51.     On or about March 27, 2024, at approximately 3:44 p.m., AARON BLANKS had a telephone conversation with DARNELL BLANKS. During the conversation AARON BLANKS stated, "I'm about to come through, you need anything?" DARNELL BLANKS replied, "nah, I'm good." At approximately 4:05 p.m., BLANKS had a telephone conversation with HASTINGS. During the conversation HASTINGS asked, "What's our status?" BLANKS replied, "Just pullin up to Unc's (DARNELL BLANKS) to get that old (older supply of cocaine) and uh . . . coming straight to you so..." HASTINGS responded, "Oh. Ok. Sweet!" BLANKS stated, "...in like fifteen - twenty."

52.     On or about March 27, 2025, at approximately 4:15 p.m., AARON BLANKS called DARNELL BLANKS to let him into Apartment #403 at XXX Locust Street, Akron, Ohio. At approximately 4:18 p.m., AARON BLANKS and DARNELL BLANKS entered Apartment #403 together. At approximately 4:32 p.m. AARON BLANKS left XXX Locust Street in Akron, Ohio. At approximately 4:54 p.m. AARON BLANKS arrived at a residence on Frank Ave in Barberton, Ohio for the purpose of distributing cocaine to BRIAN HASTINGS.

20

53. On or about March 30, 2024, at approximately 4:30 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, HASTINGS stated, "I'm out here at my, uh, cousin's out here in Creston, were getting ready to wrap things up here I'm be heading home…everybody's been waiting on me since mother f--king three o'clock, so I'll probably need to see you today." AARON BLANKS responded, "Alright. I'll be ready." HASTINGS replied, "Right on brother. I'll be in touch. At approximately 7:34 p.m., BLANKS had a follow up telephone conversation with HASTINGS. During the conversation, HASTINGS indicated, "I'm ready." BLANKS replied, "Okay. Hey, hey, text me your address cause my uh baby momma (A.S.) up there I'll send her with it (cocaine)." Approximately one minute later, HASTINGS replied by sending a text message to BLANKS that stated, "354 Frank Ave Barberton…44203. Just call shortly b4 she gets here". At approximately 8:17 p.m., BLANKS sent a text message to HASTINGS that stated, "5mins."

54. On or about March 30, 2024, at approximately 8:24 p.m., AARON BLANKS has a telephone conversation with A.B. During the conversation, A.B. stated, "Yeah we got to go back to mama house. Mommy (A.S.) dropped it (lost the cocaine)." AARON BLANKS replied, "What happened?" A.B. responded, "Um "I had it in my pocket and mommy (A.S.) was like 'oh no let me put it in my titties I got it,' and we get all the way over here and she said it's not in her titties she thinks she dropped it at mama place when she was giving her the stuff." AARON BLANKS replied, "That's ridiculous! That's just f--king ridiculous bro! I mean. Man, I don't have to tell you! I don't need to f--king say it."

55. On or about March 30, 2024, at approximately 8:27 p.m., AARON BLANKS had a follow up telephone conversation with BRIAN HASTINGS. During the conversation, AARON BLANKS states, "They (A.B. and A.S.) found it (cocaine)." HASTINGS replied, "Well they did?"

21

AARON BLANKS responded, "Yeah, they are about to pull back up." HASTINGS responded, "They looping around . . . I was going to call you and tell you what kind of f--king business you running man." BLANKS stated, "I'm sorry . . . .They pulling up. They out there." HASTINGS replied, "I see them."

56. On or about April 1, 2024, between approximately 2:09 p.m. and 4:34 p.m., AARON BLANKS had a series of telephone conversations with BRIAN HASTINGS and DARNELL BLANKS. During the first conversation with HASTINGS, HASTINGS stated, "Blow down, homey." AARON BLANKS replied, "Ok, let me get to it." HASTINGS responded, "right on, no worries." Approximately one hour later, AARON BLANKS had a telephone conversation with DARNELL BLANKS, where AARON BLANKS stated, "I'm about to come through; you need anything?" Approximately seventy-three minutes later, AARON BLANKS had another telephone conversation with HASTINGS. During the conversation, HASTINGS asked, "Hey, you on the road?" AARON BLANKS replied, "Yeah, I'm coming over to state street uh bridge, man, you know there's construction." HASTINGS stated, "you'll be alright, you'll get here." Approximately eleven minutes later, AARON BLANKS had another telephone conversation with HASTINGS, where HASTINGS stated, "in all the confusion, I didn't give you the bread (money)." BLANKS replied, ". . . . I'm about to turn around."

57. On or about April 2, 2024, at approximately 1:42 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation HASTINGS stated, "Hey uh, that, that bag (of cocaine) yesterday." BLANKS responded, "Uh huh." HASTINGS stated, "That was, that was something different." BLANKS replied, "Well, it might have been one of the old." HASTINGS continued, "It wasn't that soft one. People were crying the blues." BLANKS replied, "Yeah? It's the one we had before that." BLANKS continued, "It ain't the new one that's for sure."

BLANKS asked, "You got a lot of it (cocaine) left?" HASTINGS stated, "I watched my buddy do a cold (unintelligible) and he's just like ready to go eat a sandwich and that's very odd for him." BLANKS responded, "This what we were doing before then." HASTINGS stated, "It seems more like, it seems more like it's the powder part of it." BLANKS asked, "Hmmmm. Yeah well, do you got a lot of it left?" HASTINGS responded, "Uhh... I don't know I have to go home and see." BLANKS replied, "Ok cause I was gonna say I could try and switch it out for you."

58.     On or about April 2, 2024, at approximately 2:14 p.m., AARON BLANKS had a follow up conversation with BRIAN HASTINGS. During the conversation HASTINGS stated, "I got, I got fifteen point eight (15.8 grams) and two hundred dollars." BLANKS responded, "Ok. Yeah, you just want try to swap it out." HASTINGS replied, "Yeah swap it out and figure out whatever we can do with that two- hundred dollars and that. Whatever you want to do." BLANKS stated, "Ok well I just swap the the work out and then uhh.  Yeah, I mean so so..." HASTINGS replied, "It's all, it's (cocaine) all packed up though.  It's all packed up." BLANKS responded, "Yeah so, but what I'm saying is. You saying that fifteen grams so like, yeah I get what you're saying." HASTINGS replied, "Yeah.  Almost sixteen (grams)." BLANKS responded, "Right you just basically seven yeah yeah a seven (grams) gone." HASTINGS stated, "Yeah." BLANKS responded, "Yeah ok well just give me a minute when I get up there, I'm just gonna come through and swap... swap the sixteen (grams) out." HASTINGS replied, "Right on, brother." BLANKS stated, "Put it (cocaine) all in one bag, or just keep it like it is until I get there and we get some off or whatever. Do you think the brick's (kilogram) different than the (unintelligible)." HASTINGS replied, "The, the other stuff (cocaine) was real, real soft, that the old stuff." BLANKS responded, "Yeah that's what I'm saying I only I had two, two different kinds besides the new one. And it was the old...old, the last one and then there was the one before that.  So, after a while I kinda got mixed

up between the two before that I had the new one separate but the other two, they in different bags but they, you know what I'm saying I can't really look at them and…" HASTINGS stated, "If you squeeze it and it falls apart, that's the one I want." BLANKS responded, "It's getting to the end so it might be some chunks in it but it'll be some sand with it." HASTINGS replied, Yeah, I don't care." BLANKS stated, "Let me uh, try to get up there fast as I can and I'm, I'll call you."

59.     On or about April 2, 2024, at approximately 3:52 p.m., AARON BLANKS had a telephone conversation with A.S. During the conversation, BLANKS stated, "I'm cool, I just gotta go and switch this shit for white boy (BRIAN HASTINGS). He tripping." A.S. replied, "You got something else?" BLANKS stated, "Yeah I got three different things (bags of cocaine), but what I'm saying he was liking them same things, he say no word to none of it, and then all of a sudden today . . . . so I'm just going to go over there an swap it out. . . . I mean, I can't go too mad, I mean, you know he's steady with them bands ($1000s in cash)."

60.     On or about April 2, 2024, at approximately 4:40 p.m., AARON BLANKS arrived at XXX Locust Street in Akron, Ohio and called DARNELL BLANKS to gain access to Apartment #403. At approximately 4:52 p.m., BRIAN HASTINGS sent a text message to AARON BLANKS that stated, "Got guy gonna be here around six.... I'd really like to be able to give him a whole one (one ounce of cocaine)." At approximately 5:05 p.m., BLANKS replied in a text message, "Leaving Unc (DARNELL BLANKS) now." HASTINGS responded at approximately 5:08 p.m. in a text message that stated, "K." Approximately twenty-one minutes later, BLANKS had a telephone conversation with HASTINGS. During the conversation, BLANKS stated, "I'm pulling in." HASTINGS replied, "Yeah just come on back to the garage."

61.     On or about April 3, 2024, at approximately 5:27 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, HASTINGS asked,

24

"You headed up this way?" BLANKS replied, "You need me already?" HASTINGS responded, "F--k yeah.  I know, isn't that crazy?" BLANKS replied, "Hell yeah.  I thought I, I thought I had a day off." HASTINGS responded, "Hell no.  The people want what they can't have." BLANKS replied, "Yep, I got you.  Alright man, well shit, I'm going to do a turnaround.  I was picking her (A.S.) up from work, but I'm going to grab her and come straight to you." HASTINGS stated, "Ok, listen I got to run down to that restaurant, that Wing Warehouse, and then I'm just going to go to Johnny's." BLANKS replied, "Ok, well you got time.  It probably going to take me a good, at least an hour, hour, hour....." HASTINGS replied, "Ok cool."

62.     On or about April 3, 2024, at approximately 5:27 p.m., AARON BLANKS had a telephone conversation with A.B. During the conversation, AARON BLANKS stated, "Hey look man, this the thing man.  I'm so surprised man, because my white boy (BRIAN HASTINGS), I ain't seen him since till like the evening time, it was about six something.  So, I was like I'm sure he ain't going to be ready today.  That's why I came down here to get your mama.  But, he ready." A.B. responded, "Ok, you want me to go (deliver the cocaine)?" AARON BLANKS replied, "Yeah." A.B. asked, "It's a whole, a whole, um..um.. (one ounce of cocaine)" AARON BLANKS responded, "Nuh uh. There some in the bag that is going to weigh twenty-one grams, you know with the bag and stuff." A.B. replied, "Oh yeah." AARON BLANKS continued, "Probably be like twenty-two, twenty-three (grams).  But it going to be one of them, just weigh that. It's in the bag of all my stuff, but it's a lot of shit all messy in there." A.B. replied, "Ok.  If I need anything, I'll FaceTime you . . . . It's twenty-two, twenty-three (grams) whatever yeah." AARON BLANKS replied, "Nothing else is going to weigh that but that." A.B. replied, "Ok." AARON BLANKS responded, "Call me when you are about to get on the road, so I can call him and see where he at."

63.     On or about April 3, 2024, at approximately 6:04 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, BLANKS stated, "Yeah, hey I'm going to make it faster for you man.  I'm sending my daughter (A.B.), man.  So, so where you going to be at?" HASTINGS responded, "I'm calling for a status check.  I tell you what, I'm going to go straight to Johnny's right now." BLANKS replied, "Ok, well I'm going to have her go to Johnny's then."  HASTINGS affirmed, "Ok."

64.     On or about April 3, 2024, at approximately 6:05 p.m., AARON BLANKS, while he was with A.S., had a telephone conversation with A.B. During the conversation, AARON BLANKS asked, "You get yourself (the cocaine) together though?" A.B. replied, "Yeah." AARON BLANKS responded, "Ok, so he going to be, he going to be at that bar. You never seen me, you never came with me when we pulled up to the bar?  It's closer so you don't have to go all the way into Barberton. As soon as you get off the highway, it's going to be, it's going to be right there." A.B. asked, "What highway?" AARON BLANKS responded, "You going to go 77 and then.... you'll see 277.  But you, just put in, the name of the place is called Johnny J's on Manchester Road." A.S. stated, "Dad (AARON BLANKS) is going to send you the address. (Aside) You know the address?" A.B. stated, "Johnny J's Pub and Grill?" AARON BLANKS replied, "yup." A.B. responded, "It says 32 minutes." AARON BLANKS stated, "Ok Nana (A.B.), you, you, you see the twenty-one (21 grams)?" A.B. responds, "Yeah, I got it.  I'm about to put it on the scale though just to make sure. It's the only big one though, right?" AARON BLANKS replies, "Yeah, in the bag with everything, yeah." A.B. asks, "Yeah.  Dang, where that big black pepper (to mask the odor)?" BLANKS stated to A.S., "The pepper?" A.S. replied, "Oh Mommy, it's back on the second level. Where the big, where the big, the seasonings." A.B. responded, "No I'm making me ah, damn what you call this daddy?" BLANKS responded, "Ain't no name for it. Black pepper." A.S. stated, "Hey baby, I don't

26

know. Cover up?" A.B. responds, "The double bag you know, for the smell." A.S. replied, "They call that, ah, that's called ah. . ." AARON BLANKS stated, "Protocol. . . . That's when you follow protocol, you do what's supposed to be done." A.S. stated, "Yeah, I understand but, the canine, canine stopper." AARON BLANKS stated, "There you go." BLANKS continued, "you gone?" A.B. replied, "yeah I'm putting my socks on." A.S stated, "Don't be speeding."

65.    On or about April 3, 2024, at approximately 6:19 p.m., AARON BLANKS sent a text message to BRIAN HASTINGS that stated, "She 30 minutes out." At approximately 6:27 p.m., HASTINGS responded with the text message, "You calling me when she's here." BLANKS immediately replied, "Yes." At approximately 6:28 p.m., BLANKS sent another text message that stated, "Matter of fact I'm going to give her your number. Calling from 786." HASTINGS immediately responded, "K."

66.    On or about April 3, 20204, at approximately 6:47 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, HASTINGS asked, "Hey, is she close?" AARON BLANKS responded, "Yeah, she should be, yup." At approximately 6:54 p.m., AARON BLANKS had another telephone conversation with A.B. During the conversation, AARON BLANKS realized that A.B. went to the wrong Johnny J's location. At approximately 7:02 p.m., HASTINGS sent a new text message to AARON BLANKS that stated, "Your logistics lack accuracy young jedi." At Approximately 7:09 p.m., A.B. had a telephone conversation with AARON BLANKS and stated, "Yeah I just left him (HASTINGS)." AARON BLANKS asked, "What did he say?" A.B. replied, "He didn't say nothing."

67.    On or about April 5, 2024, at approximately 6:31 p.m., AARON BLANKS had a telephone conversation with BRIAN HASTINGS. During the conversation, BLANKS stated, "You at the crib?" HASTINGS replied, "Yeah." BLANKS replied, "Ok I be there." At approximately 6:48

27

p.m., BLANKS had another telephone conversation with HASTINGS. During the conversation, HASTINGS asked "I wondered . . . Do you have any kind of time span?" BLANKS replied, "Yeah yeah yeah, I'm leaving from Unc's (DARNELL BLANKS). HASTINGS responded, "Oh ok, cool."

68. On or about April 5, 2024, in the Northern District of Ohio, AARON BLANKS and DARNELL BLANKS possessed quantities of mixtures containing detectable amounts of cocaine and cocaine base, Schedule II controlled substances, and a North American Arms 22 long rifle revolver, bearing serial number #L124753 and loaded with ammunition, at Apartment #403 located at XXX Locust Street, Akron, Ohio.

69. On or about April 5, 2024, AARON BLANKS possessed a Hi-Point C9 9mm semiautomatic firearm with no serial number, along with ammunition, quantities of mixtures containing detectable amounts of cocaine and cocaine base, Schedule II controlled substances, and approximately $8,000.00 in drug proceeds at his residence at Redberry Street, Louisville, Ohio.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

70. On or about May 5, 2023, in the Northern District of Ohio, Eastern Division, Defendants NOHARA TOBIAS and AARON BLANKS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 3
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

28

71.     On or about June 28, 2023, in the Northern District of Ohio, Eastern Division, Defendants NOHARA TOBIAS and AARON BLANKS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 4
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

72.     On or about October 5, 2023, in the Northern District of Ohio, Eastern Division, Defendant AARON BLANKS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5
(Possession with Intent to Distribute Cocaine Base ("Crack"),
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

73.     On or about April 5, 2024, in the Northern District of Ohio, Eastern Division, Defendant AARON BLANKS did knowingly and intentionally possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B).

## COUNT 6
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges

29

74.     On or about April 5, 2024, in the Northern District of Ohio, Eastern Division, Defendant AARON BLANKS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

## COUNT 7
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

75.     On or about April 5, 2024, in the Northern District of Ohio, Eastern Division, Defendant AARON BLANKS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

## COUNT 8
(Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

76.     Beginning as early as on or about February 1, 2024, continuing through on or about April 5, 2024, in the Northern District of Ohio, Eastern Division, Defendant AARON BLANKS and DARNELL BLANKS did unlawfully and knowingly use and maintain a place located at XXX Locust Street, in Akron, Ohio, for the purpose of manufacturing and distributing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 9
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

77.     On or about April 5, 2024, in the Northern District of Ohio, Eastern Division, Defendant AARON BLANKS did knowingly possess a firearm in furtherance of a drug trafficking

30

crime for which he may be prosecuted in a court of the United States, that is conspiracy to distribute and possess with the intent to distribute cocaine, a Schedule II controlled substance, as charged in Counts 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 10
(Unauthorized Use of a Communication Facility,
21 U.S.C. § 843(b))

The Grand Jury further charges:

78. On or about February 13, 2024, at approximately 8:39 p.m., in the Northern District of Ohio, Eastern Division, Defendants NOHARA TOBIAS and AARON BLANKS did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Section 846, in violation of Title 21 United States Code, Section 843(b).

## COUNT 11
(Unauthorized Use of a Communication Facility,
21 U.S.C. § 843(b))

The Grand Jury further charges:

79. On or about March 7, 2024, at approximately 8:39 p.m., in the Northern District of Ohio, Eastern Division, Defendants DARNELL BLANKS and AARON BLANKS did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Section 846, in violation of Title 21 United States Code, Section 843(b).

## COUNT 12
(Unauthorized Use of a Communication Facility,
21 U.S.C. § 843(b))

The Grand Jury further charges:

80. On or about April 2, 2024, at approximately 2:14 p.m., in the Northern District of Ohio, Eastern Division, Defendants BRIAN HASTINGS and AARON BLANKS did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony

31

under Title 21, United States Code, Section 846, in violation of Title 21 United States Code, Section 843(b).

FORFEITURE

The Grand Jury further charges:

81.     The allegations of Counts 1 through 12, inclusive, are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offenses). As a result of the foregoing offenses, Defendants AARON BLANKS, BRIAN HASTINGS, NOHARA TOBIAS, and DARNELL BLANKS shall forfeit to the United States, all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offenses charged herein; all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses, charged herein; and, all firearms and ammunition involved in or used in the commission of the firearms offenses, charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

32